STATE of Missouri, Respondent,

v.

Mark SIMS, Appellant.

Mark Allen SIMS, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 44773, WD 46918.

Missouri Court of Appeals,
Western District.

July 6, 1993.

S. Paige Canfield, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David B. Cosgrove, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, C.J., and BERREY and ULRICH, JJ.

## ORDER

PER CURIAM:

Mark Sims appeals from his conviction, after jury trial, of first degree assault, section 565.050, RSMo 1986. Mr. Sims sought postconviction relief under Rule 29.-15, which was denied after an evidentiary hearing. His postconviction appeal has been consolidated with his direct appeal pursuant to Rule 29.15(*l*).

The judgment of conviction is affirmed. Rule 30.25(b).

The denial of postconviction relief is affirmed. Rule 84.16(b).